An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

IN THE SUPREME COURT OF THE STATE OF NEVADA

GARY WAYNE WALTERS,
Appellant,
vs.
ROBERT WEATHERFORD; NIXIE
WEATHERFORD; AND GARRETT
OGATA, ESQ.,
Respondents.

No. 62373

FILED

MAR 0 4 2013

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY _R. Malone_
DEPUTY CLERK

## ORDER DISMISSING APPEAL

Appellant's January 16, 2013, motion to voluntarily dismiss this appeal is granted. Accordingly, this appeal is hereby dismissed, with the parties to bear their own costs and fees. NRAP 42(b).

ORDER this appeal DISMISSED.

_____, J.
Gibbons

_____, J.
Douglas

_____, J.
Saitta

cc: Hon. Allan R. Earl, District Judge
    Gary Wayne Walters
    Hutchison & Steffen, LLC
    Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A

13-06521